| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transferring Court)* |  |
|---|---|---|
|  | 1:11:CR:219-01 |  |
|  | DOCKET NUMBER *(Receiving.Court)* |  |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| PAUL A. MARONE | WESTERN DISTRICT OF MICHIGAN | SOUTHERN |

NAME OF SENTENCING JUDGE

HONORABLE PAUL L. MALONEY

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/22/2015 | TO 1/21/2019 |
|---|---|---|

OFFENSE
18 U.S.C. § 2423(b) Coercion or Enticement of Minor Female

**PART 1- ORDER TRANFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised release named above be transferred with the records of this Court to the United States District Court for the **WESTERN DISTRICT OF PENSYLVANIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 28, 2015
Date

/s/ Paul L. Maloney
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF WESTERN DISTRICT OF PENSYLVANIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

U.S. District Judge