UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:11-cr-00219-PLM

  v.                                   Hon. Paul L. Maloney

PAUL A. MARONE,

       Defendant.
_____/

## CLERK'S NOTICE OF CRIMINAL TRANSFER

TO:  Court Personnel, Pennsylvania Western District Court

RE:  Western District of Michigan Transfer of Jurisdiction

Please take notice of the above-mentioned transfer.  We are herewith transmitting to you the Western District of Michigan docket of proceedings associated with the above-entitled case.  The documents that make up the case file are available electronically through PACER.

A Western District of Michigan financial ledger will be sent under separate cover to the Pennsylvania Western Finance Department. If additional information is required, contact the Western District of Michigan Finance Department at miwd_finance@miwd.uscourts.gov.

If a passport was previously collected, it will be transmitted by the Western District of Michigan Probation and Pretrial Office to Pennsylvania Western. Please contact the Western District of Michigan Probation and Pretrial Office at (616) 456-2384 for further assistance.

For further assistance regarding the Transfer of Jurisdiction, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                                 TRACEY CORDES
                                                 CLERK OF COURT

Dated:  May 29, 2015        By:    /s/ A. Doezema
                                               Deputy Clerk